**FILED**

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0246

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0246

STATE OF MONTANA,

    Plaintiff and Appellee,

    v.

NATHAN EDWARD ANDERSON,

    Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 1, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted for the filing of transcripts without an affidavit from Court Reporter Kelley Barstad. If Ms. Barstad does not respond to counsel's request, counsel is to notify this Court, which will consider issuing an order to show cause as to why Ms. Barstad should not be held in contempt of court.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2020